UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 AUG 31 PM 4:54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| WILLIAM BILDERBACK, | ) |
| Plaintiff, | ) |
| v. | )  Case No. 04-2951 D/P |
| BARNHART CRANE AND RIGGING | ) |
| Defendant. | ) |

ORDER GRANTING PARTIES' JOINT MOTION TO EXTEND THE DISCOVERY
AND DISPOSITIVE MOTIONS DEADLINES BY SIXTY (60) DAYS

Before the court is the Parties' Joint Motion to Extend the Discovery and Dispositve Motion Deadlines by Sixty (60) Days and to Continue the Trial. For good cause shown, the motion is GRANTED. Accordingly, the Scheduling Order is revised such that:

(a) the discovery period, including expert discovery, shall expire on February 3, 2006;

(b) Plaintiff's Rule 26 (a)(2) Expert Disclosures shall be due on October 28, 2005;

(c) Defendant's Rule 26(a)(2) Expert Disclosures shall be due on all November 28, 2005;

(d) Expert Witness Depositions shall be completed by February 3, 2006; and

(e) Dispositive motions must be filed by no later than March 6, 2006.

(f) the trial is continued until further notice from the Court.

It is so ORDERED, this 31 day of August, 2005.

Bernice Donald
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02951 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

James H. Stock
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Robbin W. Hutton
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

William G. Bilderback
151 Sivil Circle
Covington, TN 38019

Honorable Bernice Donald
US DISTRICT COURT